UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHAMED FATHY SAID,

    Plaintiff,

v.                                              CASE NO. 8:21-mc-84-WFJ-SPF

AISHA AHMED H O AL-ADHAB,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's complaint (Dkt. 1). The magistrate judge issued a thorough and well-reasoned report recommending the complaint be dismissed with prejudice. Dkt. 7. Plaintiff timely filed objections. Dkt. 8.

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. v. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After such independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C.§ 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinions).

The magistrate judge found that the complaint (a form Criminal Complaint AO 91) fails to satisfy basic pleading requirements—most notably the Plaintiff lacks standing to criminally prosecute another. As noted, "this deficiency cannot be cured by amendment [and therefore] Plaintiff need not be afforded with the opportunity to amend his complaint." Dkt. 7 at 2. The Court agrees, particularly in view of the seven similar complaints in this district that are now consolidated into the lead case of *Said v. Ministry of Interior, et al.*, 8:21-cv-1073-WFJ-CPT. Dkt. 7 at 2 n.1. For the reasons explained by the magistrate judge, and in conjunction with an independent examination of the file, the Court concludes that the report and recommendation (Dkt. 7) should be adopted as part of this order, confirmed, and approved in all respects. Accordingly, the Court rules as follows:

1. The report and recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's complaint (Dkt. 1) is dismissed with prejudice.

3. All other pending motions (Dkts. 3, 6) are denied.

4. The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, on January 6, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:   Plaintiff, *pro se*